In the Matter of the Application of BERNARD WALL for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

## (March 26, 1945.)

EUGENIO DIMA, Appellant, v. HERBERT CONSTRUCTION CO., INC., Respondent, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See 268 App. Div. 1054.]

ALICE J. FINK, an Infant, by JOHN R. FINK, Her Guardian ad Litem, et al., Respondents, v. JACK W. THOMPSON, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See 268 App. Div. 786.]